UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ONE40 BEAUTY LOUNGE, LLC,
        Plaintiff,

v.                                    CASE NO.  3:20-CV-00643(KAD)

SENTINEL INS CO, LTD,
        Defendant.

## JUDGMENT

This matter came on before the Honorable Kari A. Dooley, United States District Judge, as a result of Defendant's motion for judgment on the pleadings [Doc. #42]. The Court has considered the full record of the case including applicable principles of law. On November 9, 2021, the Court issued a ruling granting the Defendant's motion. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the Defendant and this case is closed.

Dated at Bridgeport, Connecticut this 12th of November 2021.

                                                    ROBIN D. TABORA, Clerk

                                                    By  /s/ Kristen Gould
                                                        Kristen Gould
                                                       Deputy Clerk

EOD: 11/12/2021